FILED
September 5, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. CR.S-06-0358-FCD |
| Plaintiff,  ) | |
| v.  ) | ORDER FOR RELEASE OF |
| )  | PERSON IN CUSTODY |
| JEFFRE SEAN SANDERSON,  ) | |
| )  | |
| Defendant.  ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __JEFFRE SEAN SANDERSON__ , Case No. __CR.S-06-0358-FCD__ , Charge __21USC § 846 AND 841(s)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other) __Pretrial conditions as stated on the record__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 5, 2006__ at __2:00 pm__ .

By /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court