**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814
(916) 498-5700  Fax: (916) 498-5710

*Daniel J. Broderick*
*Federal Defender*

*Linda C. Harter*
*Chief Assistant Defender*

# M E M O R A N D U M

DATE:     June 17, 2011

TO:       Hon. Frank C. Damrell, Jr.
          United States District Judge

FROM:     Tim Zindel, Assistant Federal Defender

SUBJECT:  Request for subpoena in *U.S.A. v. Jeffre Sanderson*, 2:06-CR-0358

---

This memorandum is an *ex parte* application under Fed. R. Crim. P. 17(c) for a subpoena in the above matter on behalf of my client, Jeff Sanderson.  Mr. Sanderson qualifies for appointment of counsel and is financially unable to pay witness fees.  See Fed. R. Crim. P. 17.

I request authority to subpoena part of a urine sample from Alere Toxicology Services, Inc. for production directly to Forensic Analytical Sciences, Inc. of Hayward, California, for the purpose of retesting the sample to determine whether the sample is in fact positive for marijuana and to make other determinations relative to my representation of Mr. Sanderson.

Probation has advised me that Alere, their contract testing lab, will voluntarily release the sample only to labs appearing on a list consisting of labs that do pre-employment testing.  The forensic lab I am using is not on Alere's list.  Accordingly, a subpoena is needed before Alere will provide a portion of the urine sample to the forensic lab for retesting.  I will provide Alere with shipping information in the subpoena and expect to have testing completed in time for the rescheduled hearing, which will be set for late August.

Although this request is *ex parte*, I advised the probation officer and government counsel that I would request a subpoena in order to obtain a portion of the sample for independent testing.

Thank you as always for your time and consideration.

**O R D E R**

Authorization for issuance of a subpoena in *U.S.A. v. Sanderson*, 2:06-CR-0358 FCD, is hereby granted. This document shall be returned to defendant's counsel.

    IT IS SO ORDERED.

DATED: June 20, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE