# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**JEFFRE SEAN SANDERSON**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:06CR00358-01**<br><br>In Pro Per*<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of charge 2 as alleged in the violation petition filed on February 9, 2011 and corrected on the record at hearing on December 9, 2011.

[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 2 | Failure to Submit a Monthly Report Form | August, October, and November 2011 |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on  April 18, 2008 .

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔] Charge 1 is dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

December 9, 2011
Date of Imposition of Sentence

*/s/ Kimberly J. Mueller*
Signature of Judicial Officer

**KIMBERLY J. MUELLER**, United States District Judge
Name & Title of Judicial Officer

December 19, 2011
Date

*Assistant Federal Defender, Dennis Waks, served as advisory counsel.

| | | |
|---|---|---|
| CASE NUMBER: | 2:06CR00358-01 | Judgment - Page 2 of 2 |
| DEFENDANT: | JEFFRE SEAN SANDERSON | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 45 days.

[✔]  The court makes the following recommendations to the Bureau of Prisons:
The court recommends the Bureau of Prisons promptly designate the defendant be incarcerated at the Nevada County Jail, or one of the following prison camps: FCI Herlong, California, FCI Lompoc, California, or FCI Sheridan, Oregon; insofar, as this accords with security classification and space availability.

[ ]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
  [ ] at ___ on ___.
  [ ] as notified by the United States Marshal.

[✔]  The defendant shall surrender as soon as possible, but no later than **2:00 PM** on **1/27/2012**, for service of sentence at the institution designated by the Bureau of Prisons:
  [ ] as notified by the United States Marshal.
  [✔] as notified by the Probation or Pretrial Services Officer.
  If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal